UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL KARR,<br><br>                           Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                           Defendant. | Case No. 3:13-cv-05650-RBL-KLS<br><br>ORDER GRANTING DEFENDANT'S UNOPPPOSED MOTION TO THE SCHEDULING ORDER |

Based on defendant's unopposed motion to amend the briefing schedule (ECF #21), it is hereby ORDERED that the Order Setting Briefing Schedule (ECF #19) shall be amended as follows:

    1.    Defendant shall have to and including February 21, 2014, within which to file her responsive brief.

    3.    Plaintiff shall have to and including March 7, 2014, within which to file his reply brief.

DATED this 24th day of January, 2014.

                                                          Karen L. Strombom
                                                          United States Magistrate Judge

ORDER - 1